JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCUS LINTHECOME, | ) | CASE NO. CV 18-1787-JGB (PJW) |
| Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| ALFARO, ET AL., | ) ) | |
| Respondents. | ) ) | |

Pursuant to the Order Dismissing Petition filed herewith,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: May 7, 2018

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE